ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 7 2021

Kevin P. Weimer. Clerk
By
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>YUNIOR HERNANDEZ a/k/a<br>YUNIOR HERNANDEZ GUZMAN,<br>ROBERTO QUESADA LOPEZ,<br>CARLOS ALBERTO VALDES, AND<br>YUBANI MILLARES VERA | Criminal Indictment<br><br>No. **4:21-CR-0038**<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

**Count One**
**Conspiracy to Commit Theft of Interstate Shipment**

1. From at least on or about May 18, 2019, and continuing through at least on or about November 16, 2019, in the Northern District of Georgia and elsewhere, the defendants, YUNIOR HERNANDEZ a/k/a YUNIOR HERNANDEZ GUZMAN, ROBERTO QUESADA LOPEZ, CARLOS ALBERTO VALDES, and YUBANI MILLARES VERA, and others unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to commit offenses against the United States, that is, to knowingly steal and unlawfully take and carry away from a motortruck, trailer, other vehicle, station, station house, platform, depot, intermodal container, and container freight station, with the intent to convert to their own use, goods and chattels of a value of at least $1,000,

which were moving as, were a part of, and constituted an interstate shipment of freight, express, and property, in violation of Title 18, United States Code, Section 659.

## Manner and Means

2. It was part of the conspiracy that the defendants and others unknown to the Grand Jury would steal tractor-trailers and the goods and chattels contained in the trailers in the Southeastern United States, including in Georgia, Tennessee, and Virginia.

3. It was part of the conspiracy to transport the trailers and the goods and chattels contained in the trailers to Florida.

## Overt Acts

4. In furtherance of the conspiracy, and to effect the objects and purposes thereof, defendants YUNIOR HERNANDEZ a/k/a YUNIOR HERNANDEZ GUZMAN, ROBERTO QUESADA LOPEZ, CARLOS ALBERTO VALDES, and YUBANI MILLARES VERA, and others unknown to the Grand Jury, committed the following overt acts, among others, in the Northern District of Georgia and elsewhere:

> a.  On or about June 11, 2019, HERNANDEZ followed a white Volvo tractor pulling a white trailer.  When it stopped in Manchester, Tennessee, HERNANDEZ followed the driver inside the truck stop.

b. On or about June 11, 2019, HERNANDEZ followed the driver inside a truck stop in Emerson, Georgia.

c. On or about June 11, 2019, MILLARES VERA purchased items at a Walmart in Acworth, Georgia.

d. On or about June 11, 2019, defendants HERNANDEZ, QUESADA LOPEZ, ALBERTO VALDES, and MILLARES VERA, aided and abetted by each other and others unknown to the Grand Jury, stole the white Volvo tractor pulling a white trailer from the parking lot of a truck stop in Emerson, Georgia.  The trailer contained computers.

e. On or about June 11 and 12, 2019, defendants YUNIOR HERNANDEZ, QUESADA LOPEZ, ALBERTO VALDES, and MILLARES VERA communicated with each other via cell phone.

All in violation of Title 18, United States Code, Section 371.

## Count ~~One~~ Two
### Theft of Interstate Shipments

5. On or about June 11, 2019, in the Northern District of Georgia and elsewhere, the defendants, YUNIOR HERNANDEZ a/k/a YUNIOR HERNANDEZ GUZMAN, ROBERTO QUESADA LOPEZ, CARLOS ALBERTO VALDES, and YUBANI MILLARES VERA, aided and abetted by others unknown to the Grand Jury, did knowingly steal, take, and carry away from a motortruck, trailer, other vehicle, station, station house, platform, depot,

3

intermodal container, and container freight station, in Emerson, Georgia, with the intent to convert to their own use, goods and chattels of a value in excess of $1,000, that is, approximately 2,000 computers, which were moving as, were a part of, and constituted an interstate shipment of freight, express, and other property from a distributor in Mount Juliet, Tennessee, to a location in Kennesaw, Georgia, in violation of Title 18, United States Code, Section 659 and Section 2.

## Forfeiture

6. Upon conviction of one or more of the offenses alleged in Counts One through Two of this Indictment, the defendants, YUNIOR HERNANDEZ a/k/a YUNIOR HERNANDEZ GUZMAN, ROBERTO QUESADA LOPEZ, CARLOS ALBERTO VALDES, and YUBANI MILLARES VERA, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to said violations, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, for which the defendant is convicted.

7. If, any of the property described above, as a result of any act or omission of a defendant:

(a) cannot be located upon the exercise of due diligence;

4

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided

without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section

853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of said defendant up to the value of the above

forfeitable property.

A  True                              BILL

FOREPERSON

KURT R. ERSKINE
 *Acting United States Attorney*

CHRISTOPHER J. HUBER
 *Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181