# SENTENCING GUIDELINE COMPUTATIONS BASED ON
# 2023 CRIMINAL HISTORY AMENDMENT #821

| | | | |
|---|---|---|---|
| **Defendant:** | HERNANDEZ, Yunior | **USMS/Reg#** | 98275-509 |
| **Judge:** | Cohen | **Docket #:** | 4:21-CR-038-01-MHC |
| **Offense(s) of Conviction** | Conspiracy to Commit Theft of Shipment | | |
| **Mandatory Minimum?** (If yes, note length) | N/A | **Safety Valve / §5K1.1 motion?** | N/A |
| **Binding Plea Agreement/Terms?** | N/A | **Projected BOP Release Date?** | 08/30/2025 |

| COURT'S ORIGINAL GUIDELINE FINDINGS | | POST-AMENDMENT GUIDELINE COMPUTATION | |
|---|---|---|---|
| **Base Offense Level** | 6 | **Original OL Subtotal** | 22 |
| **SOCs (§ reference)** | +14 [§2B1.1(b)(1)(H)]<br>+2 [§2B1.1(b)(15)(B)] | **AOR** | -3 |
| **Role / Other** | 0 | **Zero Point Offender Reduction?** NOTE: If Zero Point doesn't apply, identify reason for exclusion from below | N/A (Criminal History) |
| **OL Subtotal** | 22 | | |
| **AOR** | -3 | | |
| **Original TOL** | 19 | **New TOTAL** | 19 |
| **CH Subtotal** | 2 | **CH Subtotal** | 2 |
| **Status Points** | 0 | **Status Points** | 0 |
| **CH Total Points** | 2 | **CH Total Points** | 2 |
| **CHC** | II | **CHC** | II |
| **CGR** | 33 – 41 months | **CGR** | 33 – 41 months |
| **Departure/Variance** | | | |
| **ORIGINAL SENTENCE** | 33 months | **ELIGIBLE / NOT ELIGIBLE** | Not Eligible |

**BOL:** Base Offense Level  **OBS:** Obstruction of Justice  **CHC:** Criminal History Category  **ROLE:** Role in the Offense
**SOC:** Specific Offense Characteristic  **AOR:** Acceptance of Responsibility  **CGR:** Custody Guideline Range  **TOL:** Total Offense Level

**§4A1.1(e) adjustment excluded due to:**
1 – CH Points      2 – Terrorism      3 – Violence / Threats      4 – Death / Serious Bodily Injury      5 - Sex Offense
6 – Personally responsible for Financial Hardship      7 – Offense involved Firearms      8 – Individual Rights
9 - Hate crime Serious Human Rights violation      10 - Role in the offense / Continuing Criminal Enterprise

**Comments/Other:**